IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 16-po-90123-KGG |
| VS. | |
| SAMUEL IBARRA-CHU<br>MANHATTAN, KS | |

## INFORMATION

The United States Attorney charges that:

On or about August 16, 2016, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, SAMUEL IBARRA-CHU did unlawfully go upon any military installation for a purpose prohibited by Army Regulation 190-13, The Army Physical Security Program, 25 February 2011, paras. 8-2 and 8-4, and 50 U.S.C. 797, to wit: entered the Fort Riley Military reservation without complying with the access control requirements, in violation of Title 18, United States Code, Section 1382.  **(Criminal Trespass) (Class B Misdemeanor)**

THOMAS E. BEALL
Acting United States Attorney
District of Kansas

_____
ROBIN A. GRAHAM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed   9/13/16

_____
HON GWYNNE E. BIRZER
U.S. Magistrate Judge